UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHN R. DETTELIS,

                           Plaintiff,

                                                          **DECISION AND ORDER**
           v.                                                     14-CV-1096-A

COUNTY OF CATTARAUGUS and
LORI PETIT RIEMAN,

                           Defendants.

---

This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1) for the conduct or pretrail proceedings.  On March 31, 2016, Magistrate Judge Schroeder filed a Report and Recommendation (Dkt. No. 17) recommending that defendants' motion to dismiss the Complaint (Dkt. No. 10) be granted.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and no objections having been timely filed, it is hereby

**ORDERED**, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendants' motion to dismiss the Complaint is granted.  The Clerk of Court shall enter Judgment for defendants and take all steps necessary to close the case.

    **IT IS SO ORDERED.**

                                                 *Richard J. Arcara*
                                      HONORABLE RICHARD J. ARCARA
                                      UNITED STATES DISTRICT COURT

Dated:  April 29, 2016